UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BRENDA BLISS,

                        Plaintiff,

    v.                                    Action No. 3:10-CV-456

MICHAEL J. ASTRUE,
*Commissioner, Social Security Administration*,

                        Defendant.

## **ORDER**

THIS MATTER is before the Court on Brenda Bliss' objection to Judge Dohnal's Report and Recommendation affirming the Social Security Administration's denial of her applications for Social Security Disability and Supplemental Security Income payments. (Doc. No. 11.) For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Bliss' objection and ADOPTS Judge Dohnal's Report and Recommendation (Doc. No. 10) DENYING Bliss' Motion for Summary Judgment (Doc. No. 7), GRANTING the Commissioner's Motion for Summary Judgment (Doc. No. 9), and AFFIRMING the Commissioner's decision denying benefits to Bliss.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                _____/s/_____
                                                James R. Spencer
                                                Chief United States District Judge

ENTERED this \_\_27th\_\_\_\_ day of May 2011